# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BLAKE LEE

NO. 2020 KW 1350

**MARCH 15, 2021**

---

In Re:    Blake Lee, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 55,920.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.** See the action of this court in **State v. Lee**, 2020-1120 (12/21/20), 2020 WL 7490264, wherein this court denied relator's writ application seeking review of the same ruling.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT